POLARIS COMMERCE CENTER, L.L.C., APPELLANT, *v.* DELAWARE COUNTY BOARD OF REVISION ET AL., APPELLEES.

[Cite as *Polaris Commerce Ctr., L.L.C. v. Delaware Cty. Bd. of Revision*, 111 Ohio St.3d 1214, 2006-Ohio-5606.]

(No. 2006–0035—Submitted August 9, 2006—Decided November 1, 2006.)

{¶ 1} The appeal is dismissed, sua sponte, on the authority of *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision*, 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178. Motion to dismiss of appellee Board of Education of the Olentangy Local School District is denied as moot.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision*, 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.

---

Wayne E. Petkovic, for appellant.

Rich, Crites & Dittmer, L.L.C., and Mark H. Gillis, for appellee Board of Education of the Olentangy Local School District.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision*, 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.